```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ANTHONY PAYTON, and<br>MICHAEL SMILEY,<br><br>             Defendants. | Case No. 2:12-mj-0102 GGH<br><br>GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT AGAINST DEFENDANTS ANTHONY PAYTON AND MICHAEL SMILEY AND ORDER |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendantS Anthony PAYTON and Michael SMILEY in Case No. 2:12-mj-0102 GGH pursuant to Federal Rule of Criminal Procedure 48(a).  The Criminal Complaint against Anthony PAYTON and Michael SMILEY was filed on April 16, 2012.

///

///

///

///

///

///

1

1     The government brings this motion in the interests of justice
2 because PAYTON and SMILEY were both indicted in the Western District
3 of Oklahoma for drug trafficking and money laundering.  As a result,
4 the United States believes judicial efficiency is served by PAYTON
5 and SMILEY facing their indicted charges in the Western District of
6 Oklahoma prior to be prosecuted in this District where neither of
7 these defendants has been indicted at this time.  Accordingly, the
8 undersigned respectfully moves to dismiss the Criminal Complaint as
9 to defendants Anthony PAYTON and Michael SMILEY in Case No.
10 2:12-mj-0102 GGH in the interests of justice pursuant to Rule 48(a).

                                                      Respectfully Submitted,

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: May 9, 2012          By:/s/Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that the Criminal Complaint against Anthony PAYTON and Michael SMILEY in Case No. 2:12-mj-0102 GGH is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: May 9, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE